### CENTRAL OF GEORGIA RAILWAY COMPANY v. DEAN.

PER CURIAM. 1. Where a passenger purchases a through ticket over a line of railroads, having a coupon attached for each road, and checks his baggage through to his destination, if, upon his arrival, it is found to be lost, he may hold the last road of the line responsible therefor, whether the last road actually received the baggage or not. *Savannah, Florida & Western Ry.* v. *McIntosh*, 73 *Ga.* 532. °

2. We are requested to review and overrule the case of *Savannah, Florida & Western Ry.* v. *McIntosh*, supra, but a sufficient number of the Justices of this court do not agree to overrule that case.

*All the Justices concur.*

GILBERT, J., concurring specially. The writer is of the opinion that the case of *Savannah, Florida & Western Ry.* v. *McIntosh*, 73 *Ga.* 532, should be overruled. A sufficient number of the Justices of this court do not favor this, and the request has consequently been denied. The case is therefore binding; and this concurrence is placed upon the binding authority of that case.

No. 1287. JANUARY 13, 1920.

The Court of Appeals certified the following question (in Case No. 9476, from Fulton): "Can a passenger, traveling wholly between points in this State, on a through ticket, over different lines of railroad, having a coupon attached for each road, who has checked his baggage to the point of destination, hold the last connecting carrier liable for the loss of the baggage, where it appears from the evidence that such last connecting carrier never in fact received said baggage?"

*Moise & Riddell,* for plaintiff in error.

*J. W. Crenshaw* and *R. W. Crenshaw,* contra.